# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2188

———————————————

J.W., Father of A.T., Minor
Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.

August 2, 2018

Per Curiam.

    Affirmed.

Wetherell, Bilbrey, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jason Zandecki, Palm Harbor, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville; and Sara E. Goldfarb, Guardian ad Litem Program, Tallahassee, for Appellee.